UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO DIAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>VENTURA COUNTY JAIL, et al.,<br><br>    Defendant(s). | Case No. CV 16-9469-BRO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: April 10, 2017

HON. BEVERLY REID O'CONNELL
United States District Judge