JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO DIAZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>VENTURA COUNTY JAIL, et al.,<br><br>　　　　　　Defendant(s). | Case No. CV 16-9469-BRO (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 10, 2017

　　　　　　　　　　　　　　　　　HON. BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　United States District Judge